BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00185 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING |
| v. | |
| SOPHEA SAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Michael S. Frye, Assistant U.S. Attorney, and Ann McGlenon, attorney for Sophea San, that the status conference currently set for April 29, 2013, at 8:30 in Courtroom Number 4, shall be continued to June 10, 2013, and that time be excluded until that date.

At the conclusion of the April 22, 2013, hearing on the Motion to Suppress, a further hearing was set for April 29, 2013, to allow the Government to determine what course it would take in light of the Court's granting of the Defendant's motion to suppress. Following the April 22, 2013, hearing the undersigned United States Attorney Michael S. Frye was advised that the United States Department of Justice will require an internal analysis of the facts of this case, the suppression issues raised and the

*Stipulation and Order* 1

Court's ruling in this matter. Until this review process is completed, Assistant United States Attorney Michael S. Frye is not authorized to take dispositive measures in this matter. The undersigned has also learned that preparation of the transcript of the Court's ruling may take up to one month to prepare, though it is likely to be sooner. The defendant remains out of custody.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated: April 24, 2013                                    Respectfully submitted,

                                                                      BENJAMIN B. WAGNER
                                                                      United States Attorney

                                                 By     /s/ Michael S. Frye
                                                                    MICHAEL S. FRYE
                                                                    Assistant U.S. Attorney

Dated: April 24, 2013                       By     /s/ Ann McGlenon
                                                                        ANN McGLENON
                                                                        Attorney for Sophea San

**ORDER**

Based on the matters stipulated by the parties, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. IT IS HEREBY ORDERED that the status conference is continued from April 29, 2013, to June 10, 2013, and that time is excluded.

Dated: April 24, 2013_____             /s/ Lawrence J. O'Neill_____
                                                        HONORABLE LAWRENCE J. O'NEILL
                                                        United States District Judge

*Stipulation and Order*                               2